IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF SOUTH CAROLINA

5:24-HC-2184-M

Jeffery Allen Herbert

Case No: 5:23-CR-110-1FL

vs

UNITED STATES OF AMERICA

**FILED**

SEP 27 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

## MOTION TO CLARIFY SENTENCE

Comes now Jeffery Herbert pro, se, to ask this honorable court to clarify the sentence imposed on 01-06-2024. I have two different sentences: offense code 130, 18:924(c) Firearms laws and offense code 38, 21:841 SCH II Narcotic. They are to be ran consecutively. The BOP states they are ran together, as one sentence. Thus denying me any FSA time credits on the Drug Charge. If the charges and sentencings are seperate I would be eligible. I am asking this court to clarify the difference of these to allow me to earn my FSA Time credits

Jeffery Herbert 53089 510
Federal Prison Camp Beckley
P.O Box 350
Beaver WV 25813

Respectfully Submitted
Jeffery Herbert

*Jeffery Herbert*
9-20-2024